UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | Case No. | CR 15-29-RAW |
| | ) | | |
| v. | ) | Date: | 12/10/2015 |
| | ) | | |
| WESTLEY PEARCE, | ) | Time: | 1:37 PM – 1:41 PM |
| Defendant. | ) | | |

MINUTE SHEET
INITIAL APPEARANCE
(Rule 32.1)

Kimberly E. West, Judge        A. Winkle, Deputy Clerk        Reporter - None
                                                                                                   FTR - Courtroom 3

Counsel for Plaintiff:   Gregory Dean Burris, AUSA
Counsel for Defendant:   Scott A. Graham, AFPD

☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes ☒ no    ☒ Court appointed counsel

Defendant appeared in person:   ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel

☒ Defendant advised of constitutional rights, allegations, and possible penalties if supervision revoked.

☒ Defendant acknowledged receipt of Petition for revocation of supervised release

☐ Govt ready to proceed with preliminary hearing
☐ Deft ready to proceed with preliminary hearing
☒ Defendant waived Preliminary Hearing
   ☒ Waiver executed by defendant and accepted by Court

Findings:
☒ Court finds probable cause to believe that defendant has violated his supervised release (KEW)

Bond / Detention:
☐ Parties have reviewed Pretrial Services Report regarding detention    Objections ☐ yes ☐ no
☐ Government orally requested detention
☐ Defendant made proffer as to detention issue and requested to be allowed to post bond
☒ Defendant did not request detention.
☐ Defendant remanded to custody of U. S. Marshal.

☒ Matter referred to U.S. District Judge White for further proceedings.